IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JONATHAN LEE RICHES,  No. CV 07-05866 MJJ ,

    Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

DUBAI INTERNATIONAL,

    Defendant.
_____/

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that this action is dismissed without prejudice for failure to submit a complete IFP application or payment of filing fee.

Dated: December 28, 2007                                      Richard W. Wieking, Clerk

                                                                                          By: /s/Frank Justiliano
                                                                                          Deputy Clerk